IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| HECTOR G. VALENZUELA | ) | CASE NO. 4-07-01371-EWH |
| CAROLYN J. VALENZUELA | ) | |
| | ) | **PETITION TO PAY DIVIDEND IN** |
| Debtor(s). | ) | **THE AMOUNT LESS THAN $5.00** |
| | ) | **TO THE CLERK OF THE U. S.** |
| | ) | **BANKRUPTCY COURT** |
| | ) | |

Stanley J. Kartchner, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in 347 of the code.

| Claim No. | Creditors Name and Address | Amount Allowed | Amount Paid |
|---|---|---|---|
| 3 | Southwest Canning<br>PO Box 26888<br>Tucson AZ 85726-6888 | $3,900 | $0.87 |
| 4 | American Express Bank, FSB<br>c/o Phillips and Cohen Associates, LTD<br>258 Chapman Rd, Ste 205<br>Newark DE 19702 | $3,582.67 | $0.80 |
| 6 | American Express Bank, FSB<br>c/o Phillips and Cohen Associates, LTD<br>258 Chapman Rd, Ste 205<br>Newark DE 19702 | $4,926.54 | $1.10 |
| 8 | Chase Home Finance<br>OH1-1277<br>P O Box 182223<br>Columbus OH 43218-2223 | $20,333.22 | $4.56 |
| 9 | Chase Home Finance<br>OH1-1277<br>P O Box 182223<br>Columbus OH 43218-2223 | $9,584.10 | $2.14 |

| | | | |
|---|---|---|---|
| 11 | American Express Centurion Bank<br>c/o Phillips and Cohen Associates, LTD<br>258 Chapman Rd, Ste 205<br>Newark DE 19702 | $16,125.58 | $3.61 |

Dated: March 19, 2010                            /s/ SJK_____
                                                                              Stanley J. Kartchner, Trustee